Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

BROKEN ARROW COMMUNICATIONS, INC.,
a New Mexico Corporation,

vs

HARRIS CORPORATION,
a Delaware Corporation; and DOES 1 through 100,

FILED
08 MAR 27 AM 10: 36
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

SUMMONS IN A CIVIL ACTION

Case No. '08 CV 0573 W RBB

TO: (Name and Address of Defendant)   HARRIS CORPORATION, a Delaware Corporation

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

   William L. Miltner, Esq./ SBN 139097
   Sean M. Piccola, Esq./ SBN 232487
   MILTNER LAW GROUP, APC
   EMERALD PLAZA
   402 W. Broadway, Suite 810
   San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
R. MULLIN

MAR 2 7 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action                                                                 Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)