Summons in a Civil Action (Rev 11/97)

FILED

MAY 1 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          ECL          DEPUTY

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

BROKEN ARROW COMMUNICATIONS, INC.,
a New Mexico Corporation,

vs

HARRIS CORPORATION,
a Delaware Corporation; and DOES 1 through 100,

SUMMONS IN A CIVIL ACTION

Case No. '08 CV 0573 W RBB

TO: (Name and Address of Defendant)   HARRIS CORPORATION, a Delaware Corporation

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

William L. Miltner, Esq./ SBN 139097
Sean M. Piccola, Esq./ SBN 232487
MILTNER LAW GROUP, APC
EMERALD PLAZA
402 W. Broadway, Suite 810
San Diego, CA  92101

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
_____
CLERK

R. Miller
_____
By                          , Deputy Clerk

MAR 2 7 2008
_____
DATE

Summons in a Civil Action

.::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

CR

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 5/13/08 |
| NAME OF SERVER  Gary Hansen | TITLE Process Server |

Check one box below to indicate appropriate method of service

[ ] Served personally upon the defendant.  Place where served: _____

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

   Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted:

[x] Other (specify):  Served on CT Corporation, Authorized Agent for Harris Corporation by giving documents to Margaret Wilson.  818 West 7th Street, Los Angeles, CA 90017

**STATEMENT OF SERVICE FEES**

| TRAVEL | | SERVICES | TOTAL $0.00 |
|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:    05/14/08

Date                          Signature of Server

1010 2nd Ave., Suite 120-B, San Diego CA 92101

Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. UNDERLINE COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)