ORIGINAL

FILED
JUN 0 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY cf DEPUTY

Bingham McCutchen LLP
WILLIAM BATES III (SBN 63317)
BILL.BATES@BINGHAM.COM
1900 University Avenue
East Palo Alto, CA 94303-2223
Telephone: 650.849.4400
Facsimile: 650.849.4800

Bingham McCutchen LLP
DENVER G. EDWARDS (subject to *Pro Hac Vice*)
DENVER.EDWARDS@BINGHAM.COM
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Attorneys for Defendant
HARRIS CORPORATION, a Delaware Corporation

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROKEN ARROW COMMUNICATIONS, INC., a New Mexico Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>HARRIS CORPORATION, a Delaware Corporation<br><br>    Defendant. | No. 08 CV 0573 W<br><br>JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>Judge:   Ruben B. Brooks |

Plaintiff Broken Arrow Communications, Inc. and Harris Corporation, by and through their undersigned counsel, hereby agree and stipulate that Defendant shall have until July 17, 2008 in which to answer or otherwise respond to Plaintiff's complaint. This extension represents a 45 day extension of time. Court approval for the extension is required under CivLR 7.2. The parties thus request that the Court extend Defendant's time to answer or otherwise respond to Plaintiff's complaint until July 17, 2008. This stipulation

| | |
|---|---|
| 1 | PROOF OF SERVICE |

I am over 18 years of age, not a party to this action and employed in the County of San Francisco, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

Today I served the attached:

JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

PROPOSED ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as follows:

> William L. Miltner
> Sean M. Piccola
> Miltner law Group, APC
> 402 West Broadway, Suite 810
> San Diego, CA 92101

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 29, 2008.

*Wenda Huang*
Wenda Huang

PROOF OF SERVICE