**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BROKEN ARROW COMMUNICATIONS, INC.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>HARRIS CORPORATION,<br><br>　　　　　　　　　　Defendant. | CASE NO: 08-CV-573 W (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE FOR FILING RESPONSIVE PLEADING [DOC. NO. 4]** |

　　　Pending before the Court is the parties' joint motion for an extension of time to respond to the complaint. Having reviewed the moving papers, and good cause appearing, the Court **GRANTS** the motion. Defendant's responsive pleading is due on or before July 17, 2008.

　　　**IT IS SO ORDERED.**

DATED: June 5, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　　United States District Judge